**fnldec** (08/07)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Travis S. Cornell  
536 E Ridge Road  
Sunbury, PA 17801

Chapter 7  
Case No. 1:08−bk−04149−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−6519

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: <u>April 28, 2009</u>

BY THE COURT

John J. Thomas  
United States Bankruptcy Judge

*This document is electronically signed and filed on the same date.*

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: admin            Page 1 of 1            Date Rcvd: Apr 29, 2009
Case: 08-04149                Form ID: fnldec        Total Served: 1
```

The following entities were served by first class mail on May 01, 2009.
db          +Travis S. Cornell,    536 E Ridge Road,    Sunbury, PA 17801-5218

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 01, 2009**                    Signature:    *Joseph Speetjens*

Case 1:08-bk-04149-JJT   Doc 17   Filed 05/01/09   Entered 05/02/09 02:27:05   Desc
Imaged Certificate of Service   Page 2 of 2